Keith H. Debus
1780 West 9000 South
Suite #246
West Jordan, UT 84088
801.598.3188

### In the U.S District Court
### District of Utah-Salt Lake Division

| | |
|---|---|
| Keith H. Debus ) | Judge J. Thomas Greene |
| Plaintiff ) | DECK TYPE: Civil |
|  ) | DATE STAMP: 05/02/2003 @ 15:03:23 |
| v. ) | CASE NUMBER: 2:03CV00407   JTG |
| Samsung SDS America, Inc. ) | **Complaint** |
| Defendant ) | |

Plaintiff, Keith H. Debus, hereby files this Complaint against Defendant, Samsung SDS America, Inc.

**Parties**

1. Plaintiff, Keith H. Debus, is a resident of Salt Lake County County, Utah residing at 1780 West 9000 South, #246, West Jordan, UT 84092

2. Defendant, Samsung SDS America Inc. has its corporate headquarters 85 W. Tasman Dr. San Jose, CA 95134 and does business throughout the United States including the State of Utah.

3

**Factual Background**

3. Mr. Debus owns the business known as Tools for Design located at 1780 West 9000 South Suite 246, West Jordan, UT 84088

4. Mr. Debus was contacted by a representative of Samsung SDS America Inc. to represent their software product, Wiseview, in July 2001 (see Exhibit A).

5, Mr. Debus and Samsung USA entered into a contract to have the Plaintiff sell and support their Wiseview software product in August 14, 2001.

6. Defendant reassured the Plaintiff that the contract renewed automatically for another year in Section 13.A of the contract (see Exhibit B) a renewal agreement was sent to Plaintiff by defendant and executed on September 17, 2002 (see Exhibit C).

7. In March 31, 2003, the Defendant refused to honor the contract between the Plaintiff and Defendant despite the fact that the contract was still in force through at least September 17, 2003 and arguably longer (See Exhibit B). This breach was manifested in a refusal to honor a purchase order Plaintiff's Wiseview software. The Defendant claimed that the contract was "null and void". This sale would have netted Plaintiff a gross profit of $25,500 on the sale of the software and $6,375 on the maintenance contract on the software.

8. After heavily investing in marketing and advertising of Defendant's product, Plaintiff earned over $40,310 in the first quarter of 2003.

9. Plaintiff estimates that this level of productivity in the sales of this product if Defendant would have honored the existing contract netting the Plaintiff approximately $40,000 in each

- 2 -

1  of the next two quarters remaining in this contract year.

10. As the contract was self-renewing per Section 13.A, Plaintiff estimates he would have earned on average $40,000 per quarter over the next eight quarters or $320,000

11. Plaintiff has suffered the loss of present and future income from the breach of this contract.

## Breach of Contract

12  Plaintiff hereby incorporates paragraphs 1-11 and alleges the following.

13  Plaintiff and Defendant were bound by the contract dated August 14, 2001.

14  Defendant had a duty to comply with the terms of this contract.

15. Defendant breached this contract by failing to honor Plaintiff's purchase order of March 31, 2003.

16. Plaintiff is entitled to recover compensatory and consequential damages, interest and costs due to Defendant's breach.

## Prayer for Relief

17. Comes now the plaintiff, Keith H. Debus, respectfully prays as follows:

18. Defendant will be found in breach of the contract with Mr. Debus

- 3 -

19. Plaintiff will be awarded compensatory and consequential damages, interest and costs; Specifically;

      (A)    $431,875 for lost software sales commissions

      (B)    $64,781 for lost maintenance contract commissions

20. Whereby Samsung USA displayed a clear and malicious pattern of bad faith business practices in their dealings and negotiations with Mr. Debus, Plaintiff prays that punitive damages of $5,000,000 be awarded to Mr. Debus.

21. For such other and further relief as the Court deems just and proper.

**Request for Trial by Jury**

22. Plaintiff, Keith H. Debus, hereby requests trial by jury on all issues so triable.

Dated this 27 day of April, 2002

_____
Keith H. Debus, Plaintiff

- 4 -

**Certificate of Service**

I hereby certify that I mailed a copy of the foregoing, postage prepaid, thereon, this 29 day of April, 2003, to:

Kyeong Yeon, Agent for Service
Samsung SDS America Inc.
3655 N. First St.
San Jose, CA 95134

Keith H. Debus

- 4 -

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.